IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS,<br><br>                Plaintiff,<br><br>vs.<br><br>UPONER, INC. et al.,<br><br>                Defendants. | CV 25-183-M-WWM<br><br>ORDER |

Plaintiff has moved for an order allowing Hobart M. Hind, Esq. and Hannah L. Conrardy, Esq. to appear *pro hac* vice in this case with Matthew I. Sack, Esq., designated as local counsel. (Docs. 8 and 9.) The applications of the Pro Hac Attorneys appear to be in compliance with L.R. 83.1(d). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motions to allow Hobart M. Hind, Esq. and Hannah L. Conrardy, Esq. to appear before this Court (Docs. 8 and 9) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

1

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Hobart M. Hind, Esq. and Hannah L. Conrardy, Esq. must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

5. Local counsel shall also sign all such pleadings, motions, briefs, and other documents served or filed; and

6. Admission is personal to Hobart M. Hind, Esq. and Hannah L. Conrardy, Esq., not the law firm they work for.

7. Local counsel will provide a copy of this Order to pro hac counsel.

**IT IS FURTHER ORDERED:**

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 8th day of December, 2025.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE