# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a/s/o Show Me Kalispell, LLC d/b/a Springhill Suites by Marriot Kalispell,<br><br>Plaintiff,<br><br>vs.<br><br>UPONOR, INC. and UPONOR NORTH AMERICA, INC.,<br><br>Defendants. | CV 25-183-M-WWM<br><br>ORDER |

On November 26, 2025, Defendant Uponor, Inc. filed a Motion to Compel Arbitration or, in the Alternative, Dismiss both Counts 2 of Plaintiff's Complaint. (Doc. 10). On December 17, 2025, Plaintiff filed a Motion to Stay Federal Court Proceeding Pending Arbitration. (Doc. 15). In its motion, Plaintiff agrees to arbitrate the claims noted in Uponor, Inc.'s motion to compel. (Doc. 15 at 2). Neither motion includes the stated position of all other interested parties, nor were they filed as "unopposed" motions.

Local Rule 7.1(c)(1) provides, in relevant part: "[t]he text of a non-dispositive motion must state that other parties have been contacted and state

whether any party objects to the motion. Parties that have not yet appeared in the action or whose default has been entered need not be contacted." Local Rule 7.1(c)(2) requires that, "[w]hen a motion is unopposed, the word 'unopposed' must appear in the title of the motion." Because a motion to stay is non-dispositive, the positions of all parties must be noted in the motion. Even if Defendant Uponor North America, Inc. has not appeared, as noted in Defendant Uponor, Inc.'s brief in support of its motion to compel arbitration (Doc. 11 at 2), and if Defendant Uponor, Inc. agreed to the proposed stay, Plaintiff's motion to stay would still be required to include "unopposed" in the title.

Therefore, **IT IS HEREBY ORDERED** that:

Plaintiff's motion to stay this case pending arbitration (Doc. 15) is DENIED WITHOUT PREJUDICE. Plaintiff's counsel may file another motion to stay that complies with the Local Rules.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 23rd day of December, 2025.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE