# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a/s/o Show Me Kalispell, LLC d/b/a Springhill Suites by Marriot Kalispell,<br><br>Plaintiff,<br><br>vs.<br><br>UPONOR, INC. and UPONOR NORTH AMERICA, INC.,<br><br>Defendants. | CV 25-183-M-WWM<br><br>ORDER |

On November 26, 2025, Defendant Uponor, Inc. filed a Motion to Compel Arbitration or, in the Alternative, Dismiss both Counts 2 of Plaintiff's Complaint. (Doc. 10).  On December 24, 2025, after conferring with counsel for Uponor, Inc. and Uponor North America, Inc., Plaintiff filed an Unopposed Motion to Stay Federal Court Proceeding Pending Arbitration.  (Doc. 18).  In its motion, Plaintiff states it will agree to arbitrate all claims that were included in Uponor, Inc.'s motion to compel arbitration or dismiss.  (Doc. 18 at 3).  Upon review of both motions, **IT IS HEREBY ORDERED** that:

1

1. Defendant Uponor, Inc.'s motion to compel arbitration (Doc. 10) is DENIED as moot.

2. Plaintiff's motion to stay this case pending arbitration (Doc. 18) is GRANTED.

3. Plaintiff and Defendants shall submit all claims and disputes asserted in this lawsuit to binding arbitration with the American Arbitration Association.

4. All proceedings between Plaintiff and Defendants in this lawsuit are STAYED pending completion of the arbitration.

5. The parties shall notify the Court promptly upon conclusion of the arbitration or upon settlement of the case.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 29th day of December, 2025.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE